IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONE T. GERENIS,
    Plaintiff,

v.                                  Case No. 1:21cv20-RH-MJF

THE COLLIER COMPANIES INC.,
    Defendant.
_____/

## JUDGMENT

This dispute has been resolved through arbitration. The arbitration award entered on November 21, 2022 dismissing the plaintiff's claims with prejudice is confirmed. Any other claims in this action are dismissed with prejudice.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

April 25, 2023                    s/ KELLI MALU
Date                            &␣ Deputy Clerk: Kelli Malu